# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MICHAEL LEVANT JOHNSON, | : No. 87 MM 2015 |
| Petitioner | : |
| v. | : |
| SUPERIOR COURT OF PENNSYLVANIA, AND THE CHESTER COUNTY COURT OF COMMON PLEAS, | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.